417449                                                                                          0584-10547

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAY LAWSON WEBER** <br><br> vs. <br><br> **REC MARINE LOGISTICS, LLC** | **CIVIL ACTION** <br><br> **NUMBER: 2:11-cv-00680** <br><br> **SECTION "L"** <br> **Judge Eldon E. Fallon** <br><br> **MAGISTRATE (2)** <br> **Judge Joseph C. Wilkinson, Jr.** |

## CORPORATE DISCLOSURE STATEMENT

**NOW INTO COURT,** through undersigned counsel, comes defendant, REC Marine Logistics, LLC, who, in compliance with Rule 7.1 of the Federal Rules of Civil Procedure, hereby submits the following corporate disclosure statement:

REC Marine Logistics, LLC, is a Louisiana limited liability company that does not have any parent corporation or any publically held corporation owning 10% or more of its interest.

Respectfully submitted:

*/s/ Aaron B. Greenbaum*
SALVADOR J. PUSATERI, T.A. (#21036)
AARON B. GREENBAUM (#31752)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
701 Poydras Street, Suite 4700
New Orleans, Louisiana 70139-7708
Telephone: (504) 528-3001
Facsimile: (504) 528-3030
Attorneys for REC MARINE LOGISTICS, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that on this 21st day of June, 2011, I electronically filed the foregoing with the Clerk of court by using the CM/EF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECT participants.


                                              _/s/ Aaron B. Greenbaum_